# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSE S. HEWITT,

Appellant,

vs.

CITY OF FERNLEY,

Respondent.

No. 81505

FILED

JUL 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court affirming a judgment of the municipal court. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976) ("[M]unicipal court conviction is not subject to further review by appeal to this court."). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-27781

cc:     Hon. Leon Aberasturi, District Judge
        Jesse S. Hewitt
        Fernley City Attorney
        Third District Court Clerk